# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5234
_____

JOVAN HOWARD,

Petitioner,

v.

THE FLORIDA DEPARTMENT OF
CORRECTIONS; JULIE L. JONES,
Secretary,

Respondents.

_____

Petition for Writ of Mandamus – Original Jurisdiction.

January 26, 2018

PER CURIAM.

The petition for writ of mandamus is denied.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jovan Howard, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondents.